THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 04 4671 PVT |
| Plaintiff, | STIPULATION TO EXTEND LAST PERMISSIBLE DATE FOR MEDIATION; ORDER |
| v. | |
| RALDAR RESTAURANTS, INC., BASCOM AVENUE DINER, LLC, RALPH PASQUINELLI, | |
| Defendants. _____/ | |

The parties in this action hereby stipulate as follows:

WHEREAS this action was brought pursuant to the Americans with Disabilities Act and California Civil Code Sections 51, et seq.;

WHEREAS the parties agreed to have this action mediated pursuant to this Court's ADR program;

WHEREAS the Court Ordered this case to be Mediated and appointed Jean K. Hyams as the Mediator;

WHEREAS currently, the last date this action is allowed to be mediated is June 8, 2005;

WHEREAS Plaintiff's expert has inspected the property, and recently issued a Report, which the Defendants have *not* had the opportunity to analyze;

WHEREAS a meaningful mediation cannot take place by June 8, 2005 and;

WHEREAS subject to the Court's permission, the parties and Mediator have agreed to hold a Mediation session on July 12, 2005:

The parties hereby ask the Court for an Order extending the date by which this Action must be mediated to July 12, 2005.

Date:   June 9, 2005                                                     Date: June 2, 2005


__S/Thomas N. Stewart, III_____                _S/John S. Perkins_____
     Attorney for Plaintiff                                                      Attorney for Defendants

I, Thomas N. Stewart, III, hereby attest that I have in my possession the holographic signatures of John S. Perkins on this document.

Date:  June 9, 2005


__S/Thomas N. Stewart, III_____
          Attorney for Plaintiff

IT IS SO ORDERED

Date:  June 10, 2005

                              /s/ Patricia V. Trumbull
                        _____
                              PATRICIA V. TRUMBULL,
                           United States Magistrate Judge