JOHN S. PERKINS, ESQ. (SBN 47058)
LAW OFFICES OF JOHN S. PERKINS
2 North Second Street, Suite 1400
San Jose, California 95113
(408) 286-2700
(408) 947-4333 (Facsimile)

Attorney for Defendants
Raldar Restaurants, Inc.,
Bascom Avenue Diner, LLC,
Ralph Pasquinelli

**FILED**

JAN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK FUTIA** | Case No. **C 04 4671 PVT** |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON** |
| v. | |
| **RALDAR RESTAURANTS, INC., BASCOM AVENUE DINER, LLC., RALPH PASQUINELLI** | |
| Defendants, | |

Plaintiff Rick Futia and Defendants Raldar Restaurants, Inc., Bascom Avenue Diner, LLC and Ralph Pasquinelli, the parties in this action stipulate as follows:

1) The parties and their counsel attended a Mediation Conference provided for by the Local Northern District ADR Rules on July 12, 2005 before Jean K. Hyams, Esq., the court-appointed mediator. At that date, the parties reached a settlement of this action which was reduced to writing and executed by all parties and their attorneys. A true and correct copy of said settlement agreement is attached as **Exhibit A**. The parties shall comply therewith.

STIPULATION FOR DISMISSAL OF
ACTION AND ORDER THEREON

1  2) Pursuant to the settlement agreement the parties stipulate that this court shall maintain jurisdiction for three years from the date of this order to enforce the terms of the settlement agreement, under the authority of <u>Kokkonen v. Guardian Life Ins. Co</u>. (1994) 511 US 375, 381-382. The parties stipulate to the court's retention of jurisdiction for this purpose notwithstanding dismissal of the action by Plaintiff.

3) Pursuant to the settlement agreement, the court is requested to find, and the parties so stipulate, that the scope of the work agreed to by the parties constitutes readily and reasonably achievable compliance under the Americans with Disabilities Act.

4) The parties hereby stipulate that the action be and is dismissed with prejudice pursuant to FRCP 41(a)(2).

SO STIPULATED.

Dated: _____        LAW OFFICES OF THOMAS N. STEWART, III

                              _____
                              Thomas N. Stewart, III, Attorneys for Plaintiffs

Dated: 7/26/05                LAW OFFICES OF JOHN S. PERKINS

                              _____
                              John S. Perkins, Attorneys for Defendants

**ORDER**

The court having reviewed the settlement and stipulation of the parties, and good cause appearing, the court orders as follows:

1) The court finds that the settlement agreement is just and fair as to all parties and

STIPULATION FOR DISMISSAL OF
ACTION AND ORDER THEREON                -2-

1     2) Pursuant to the settlement agreement the parties stipulate that this court shall maintain
2 jurisdiction for three years from the date of this order to enforce the terms of the settlement
3 agreement, under the authority of <u>Kokkonen v. Guardian Life Ins. Co.</u> (1994) 511 US 375, 381-
4 382. The parties stipulate to the court's retention of jurisdiction for this purpose notwithstanding
5 dismissal of the action by Plaintiff.

6     3) Pursuant to the settlement agreement, the court is requested to find, and the parties so
7 stipulate, that the scope of the work agreed to by the parties constitutes readily and reasonably
8 achievable compliance under the Americans with Disabilities Act.

9     4) The parties hereby stipulate that the action be and is dismissed with prejudice pursuant
10 to FRCP 41(a)(2).

11     SO STIPULATED.

13 Dated: 7/26/05                       LAW OFFICES OF THOMAS N. STEWART, III

                                      Thomas N. Stewart, III, Attorneys for Plaintiffs

18 Dated: 7/26/05                       LAW OFFICES OF JOHN S. PERKINS

                                      John S. Perkins, Attorneys for Defendants

## ORDER

24     The court having reviewed the settlement and stipulation of the parties, and good cause
25 appearing, the court orders as follows:

26     1) The court finds that the settlement agreement is just and fair as to all parties and

STIPULATION FOR DISMISSAL OF
ACTION AND ORDER THEREON     - 2 -

orders compliance therewith.

2) The court finds that the scope of work agreed to by the parties constitutes readily and reasonably achievable compliance with the applicable provisions of the Americans with Disabilities Act.

3) The action herein is hereby dismissed with prejudice.

4) Notwithstanding the foregoing dismissal, pursuant to the stipulations of the parties, the court will maintain jurisdiction of the issue of compliance with the provisions of the settlement agreement for a period of 3 years from the date of this order.

Dated: 1/19/06

Patricia V. Trumbull
Magistrate Judge

STIPULATION FOR DISMISSAL OF          - 3 -
ACTION AND ORDER THEREON